## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

William Rock

_____

_____

_____

:
:
:
:
:
:
:

**Name of Plaintiff(s)**

v.

Donna Asure, Gary McFarland, Susan
McCool, Janet Weidensaul, John Doe Medical
Company, Dr. Jane Doe, Nurse Jane Doe
Linda Kelly

**Name of Defendant(s)**

:
:
:
:
:
:
:
:
:
:

1-11-1839

**Civil Case No.**

_____

**Judge**   Rec'd

(Number and Judge to be
assigned by court)

**SCRANTON**

OCT 0 4 2011

PER _____

**DEPUTY CLERK**

**FILED**
**SCRANTON**

OCT 0 6 2011

PER _____
**DEPUTY CLERK**

### APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1. _yes_ I am willing to pursue my claims in this action under the new
provisions of The Prison Litigation Reform Act, understanding
that pursuing my claim requires payment of a partial filing
fee and deduction of sums from my prison account when funds
exist until the filing fee of $350.00 has been paid in full.

2. _yes_ I have enclosed an executed Authorization form which
authorizes the Institution holding me in custody to transmit
to the Clerk a certified copy of my trust account for the past
six (6) months as well as payments from the account in the
amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action
and while a prisoner as that term is defined in 28 U.S.C. §
1915(h), brought 3 or more actions or appeals in a court of
the United States that were dismissed as frivolous, malicious,
or for failure to state a claim upon which relief may be
granted?   Yes _____   No __X__

(a) If the answer is "yes," are you now seeking relief because you
are under imminent danger of serious physical injury?
Yes _____   No _____

(b)   Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4. (a)   Are you presently employed at the Institution?   Yes  __X__   No ____

   (b)   If yes, what is your monthly compensation?  $ _65.00 - 70.00_

5. Do you own any cash or other property; have a bank account; or receive money from any source?   Yes __X__   No _____

   If the answer is "yes" to any of the above, describe each source and the amount involved.

   My wife, Sends what she CAN spare

   _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _Sept 28, 11_                    _____
                (Date)                       (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2