**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM ROCK, | : | NO. 1:11-CV-01839-SHR |
| Plaintiff | : | |
| | : | Judge Sylvia H. Rambo |
| v. | : | |
| | : | |
| DONNA ASURE, GARY McFARLAND, | : | *ELECTRONICALLY FILED* |
| SUSAN McCOOL, JANET WEIDENSAUL, | : | |
| JOHN DOE MEDICAL COMPANY, | : | CIVIL ACTION – LAW |
| DR. DEBORAH WILSON, LINDA KELLY and | : | |
| GRACE RAMOS-HUERTAS, | : | JURY TRIAL DEMANDED |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2012, upon consideration of Plaintiff's Second Motion to Compel (Doc. 72) and responses thereto, Plaintiff's Motion to Compel is hereby **DENIED.**

BY THE COURT:

_____
J.