UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| William Rock | : | Civil No.1:11-Cv-01839 |
|     Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Carlson) |
| Donna Asure, Deborah Wilson, | : | Jury Trial Demanded |
| Grace Ramos-Huertas | | |
|     Defendants | : | |

FILED
SCRANTON

OCT 2 2 2012

PER _____
DEPUTY CLERK

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, William Rock, pro se, pursuant to Rules 15(a) and 19(a), Fed R.Civ.P., requests leave to file an amended complaint adding parties.

1. Plaintiff filed his timely original complaint on October 5, 2009 in which he requested the court appoint an attorney.

2. On October 13, 2009 the court gave the Plaintiff leave to file an amended complaint.

3. On November 7, 2009 the Plaintiff filed an amended complaint and requested the court appoint an attorney.

4. The Plaintiff is forced to proceed pro se and forced to rely soleley on the discovery process to obtain any and all information pertaining to his case.

5. Through the discovery process and subpoenas the Plaintiff has discovered the names of the individuals involved in issues stated in original complaint.

6. The Claims against additional Defendants arise from the same conduct and transaction.

7. Plaintiff is requesting leave based upon extrodinary circumstances.

8. The Court should grant leave freely to amend a complaint **Foman V. Davis 371 U.S. 178,182(1962).**

9. Plaintiff should not be held accountable for his pro se status or his ignorance as to the rules of this Court

Therefore, Plaintiff prays that this Honorable Court grant leave in the interest of justice.

Respectfully Submitted

William Rock, pro se
JG-4029
S.C.I. Houtzdale
P.O. Box 1000
Houtzdale Pa.
    16698-1000