# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM ROCK, | : | CIVIL NO. 1:11-CV-01839 |
| Plaintiff, | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Schwab) |
| DONNA ASURE, *et. al*, | : | |
| Defendants. | : | |

# ORDER
March 14, 2013

The medical defendants having filed a motion for summary judgment and supporting documents, **IT IS ORDERED** that the plaintiff shall file, on or before March 27, 2013, a brief in opposition to the medical defendants' motion for summary judgment in accordance with Local Rule 7.6 and a counterstatement of material facts in accordance with Local Rule 56.1. Pursuant to Local Rule 7.7, the medical defendants may file a reply brief in support of their motion within 14 days of being served with a copy of the plaintiff's brief and counterstatement of material facts. All briefs must conform to the requirements of Local Rule 7.8.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge