# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM ROCK, | : | CIVIL NO. 1:11-CV-01839 |
| | : | |
| Plaintiff, | : | (Judge Rambo) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| DONNA ASURE, *et. al*, | : | |
| | : | |
| Defendants. | : | |

## ORDER
(April 1, 2013)

The plaintiff having filed a motion requesting an extension of time to file a reply brief in support of his motion for leave to file a second amended complaint, **IT IS ORDERED** that plaintiff's motion (*Doc*. 147) is **GRANTED**. Plaintiff shall have until **April 23, 2013**, to file a brief in reply.

*/s/ Susan E. Schwab*
Susan E. Schwab
Magistrate Judge